The application is denied. Applicant is not entitled to the relief prayed for.

164 So.2d 358

**Oswald A. SCHULINGKAMP, doing business as Schulingkamp Motor Company,**

**v.**

**BOLTON FORD, INC., et al.**

No. 47296.

May 27, 1964.

In re: Oswald A. Schulingkamp, doing business as Schulingkamp Motor Company, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 163 So.2d 161.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

164 So.2d 358

**STATE of Louisiana**

**v.**

**Sam GREEN et al.**

No. 47302.

May 27, 1964.

In re: Sam Green, James Frederick Williams and Pearl George applying for a writ of mandamus.

The application is denied. Applicants are not entitled to the relief prayed for.

164 So.2d 358

**STATE of Louisiana.**

**v.**

**Sam GREEN et al.**

No. 47303.

May 27, 1964.

In re: Sam Green applying for a writ of mandamus.

The application is denied. Applicant is not entitled to the relief sought.

164 So.2d 359

**The CITY OF BAKER**

**v.**

**EAST BATON ROUGE PARISH DEMO-CRATIC EXECUTIVE COMMITTEE.**

No. 47313.

May 27, 1964.

In re: The City of Baker applying for writ of certiorari.

Writ refused. We find no error of law in the judgment.